UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey A. Lloyd, | Case No. 18-cv-3077 (WMW/SER) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Century Link, | |
| Defendant. | |

This matter is before the Court on the December 7, 2018 Report and Recommendation (R&R) of United States Magistrate Judge Steven E. Rau. (Dkt. 3.) Objections have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 7, 2018 R&R, (Dkt. 3), is **ADOPTED**;

2. Plaintiff Jeffrey A. Lloyd's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff Jeffrey A. Lloyd's application to proceed in District Court without prepaying fees or costs, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 16, 2019                s/Wilhelmina M. Wright
                                       Wilhelmina M. Wright
                                       United States District Judge